| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 23-11054 / MBK**

Wade Dyer

Petition Filed Date: 02/08/2023
341 Hearing Date: 03/09/2023
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/10/2023 | $400.00 | | | | | | | |

**Total Receipts for the Period:  $400.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $400.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wade Dyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $0.00 | $0.00 | $0.00 |
| | | No Disbursements: No Check | | | |
| 1 | DISCOVER BANK | Unsecured Creditors | $885.57 | $0.00 | $0.00 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,637.88 | $0.00 | $0.00 |
| 3 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $1,551.06 | $0.00 | $0.00 |
| | »»  2015,2018 | | | | |
| 4 | UPSTART NETWORK | Unsecured Creditors | $16,005.46 | $0.00 | $0.00 |
| 5 | MERRICK BANK | Unsecured Creditors | $1,533.00 | $0.00 | $0.00 |
| 6 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $593.31 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-11054 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $400.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $0.00 | Current Monthly Payment: | $400.00 |
| Paid to Trustee: | $28.80 | Arrearages: | $0.00 |
| Funds on Hand: | $371.20 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started.**

