Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−11054−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Wade Dyer
   5 Deerfield Lane
   Jamesburg, NJ 08831

Social Security No.:
   xxx−xx−0987

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:       6/14/23
Time:       02:00 PM
Location:

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Justin M Gillman, Debtor's Attorney

COMMISSION OR FEES
fee: $4839.50

EXPENSES
expenses: $400.00

If this is a chapter 13 case, the fees and expenses awarded:

   ☑   will not reduce the amount to be paid to general unsecured
       creditors under the plan.

   ☐   will reduce the amount to be paid to general unsecured
       creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

   An appearance is not required on an application for compensation unless an objection is filed.

Dated: April 27, 2023
JAN: km

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                             Case No. 23-11054-MBK

Wade Dyer                                                                                                                             Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                                         User: admin                                           Page 1 of 3

Date Rcvd: Apr 27, 2023                               Form ID: 137                                    Total Noticed: 42

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Wade Dyer, 5 Deerfield Lane, Jamesburg, NJ 08831-2503 |
| 519832980 | | Pennsylvania Dept. of Revenue, Harrisburg, PA 17128-2005 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 27 2023 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 27 2023 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519832959 | + | Email/Text: bankruptcynotices@aarons.com | Apr 27 2023 20:39:00 | Aaron's Sales & Lease, Attn: Legal Dept Attn: Legal Dept, 400 Galleria Pkwy SE , Suite 300, Atlanta, GA 30339-3182 |
| 519832960 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 27 2023 20:38:00 | Ally Financial, Inc, Attn: Bankruptcy 500 Woodard Ave, Detroit, MI 48226-3416 |
| 519866415 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 20:42:47 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 519832961 | | Email/PDF: bncnotices@becket-lee.com | Apr 27 2023 20:55:43 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 519832962 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2023 20:38:00 | Bank of America, Attn: Bankruptcy 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 519875713 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 27 2023 20:38:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 519832963 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Apr 27 2023 20:42:26 | Best Egg, 1523 Concord Pike Suite 201, Wilmington, DE 19803-3656 |
| 519832964 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 27 2023 20:42:27 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519832965 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Apr 27 2023 20:42:30 | Capital One Auto Finance, Attn: Bankruptcy 7933 Preston Rd, Plano, TX 75024-2302 |
| 519832967 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2023 20:42:31 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 519832968 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 27 2023 20:39:00 | Comenitybank/trwrdsv, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |

| | | | | |
|---|---|---|---|---|
| 519832969 | + | Email/PDF: creditonebknotifications@resurgent.com | Apr 27 2023 20:42:28 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519832971 | ^ | MEBN | Apr 27 2023 20:34:02 | DSRM Nat Bank/Valero, Attn: Bankruptcy, PO Box 696000, San Antonio, TX 78269-6000 |
| 519837196 | | Email/Text: mrdiscen@discover.com | Apr 27 2023 20:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519832970 | + | Email/Text: mrdiscen@discover.com | Apr 27 2023 20:38:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519862515 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 27 2023 20:42:29 | Exeter Finance LLC, PO Box 650693, Dallas, TX 75265-0693 |
| 519835760 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 27 2023 20:42:37 | Exeter Finance LLC, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519832972 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Apr 27 2023 20:42:46 | Exeter Finance LLC, Attn: Bankruptcy, PO Box 166008, Irving, TX 75016-6008 |
| 519832974 | | Email/Text: MemberSolutionsBankruptcyNotification@fmfcu.org | Apr 27 2023 20:38:00 | Franklin Mint Federal Credit Union, Attn: Bankruptcy Attn: Bankruptcy, 5 Hillman Dr , Ste 100, Chadds Ford, PA 19317-9998 |
| 519832973 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 27 2023 20:39:00 | Flagstar Bank, Attn: Bankruptcy 5151 Corporate Drive, Troy, MI 48098-2639 |
| 519880602 | + | Email/Text: cashiering-administrationservices@flagstar.com | Apr 27 2023 20:39:00 | Flagstar Bank, N.A., 5151 Corporate Drive 5, Troy, MI 48098-2639 |
| 519832975 | | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 27 2023 20:39:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 519832976 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 27 2023 20:39:00 | Internal Revenue Service (IRS), Department of Treasury, Po Box 7346, Philadelphia, PA 19101-7346 |
| 519832966 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2023 20:42:34 | Chase Mortgage, Chase Records Center, Attn: Correspondence Center, 700 Kansas Ln, Monroe, LA 71203 |
| 519879405 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 27 2023 20:42:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519832977 | + | Email/Text: Documentfiling@lciinc.com | Apr 27 2023 20:38:00 | Lendclub Bnk, Attn: Bankruptcy Attn: Bankruptcy, 595 Market Street , Suite 200, San Francisco, CA 94105-2802 |
| 519839992 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 27 2023 20:42:34 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519832978 | + | Email/Text: Mercury@ebn.phinsolutions.com | Apr 27 2023 20:38:00 | Mercury/FBT, Attn: Bankruptcy, PO Box 84064, Columbus, GA 31908-4064 |
| 519841490 | | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 20:42:42 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519832979 | + | Email/PDF: cbp@onemainfinancial.com | Apr 27 2023 20:42:25 | OneMain Financial, Attn: Bankruptcy, PO Box 3251, Evansville, IN 47731-3251 |
| 519871640 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 20:42:46 | Portfolio Recovery Associates, LLC, c/o Lendingclub Corporation As Servicer, POB 41067, Norfolk VA 23541 |
| 519894187 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 27 2023 20:42:29 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 519887397 | | Email/Text: bnc-quantum@quantum3group.com | Apr 27 2023 20:39:00 | Quantum3 Group LLC as agent for, Mercury Financial/First Bank & Trust, PO Box 788, Kirkland, WA 98083-0788 |
| 519834019 | + | Email/PDF: gecsedi@recoverycorp.com | Apr 27 2023 20:42:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 23541-1021 |
| 519832981 | + | Email/Text: documentfiling@lciinc.com | Apr 27 2023 20:38:00 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 519832982 | + | Email/Text: LCI@upstart.com | Apr 27 2023 20:38:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, PO Box 1503, San Carlos, CA 94070-7503 |
| 519837875 | ^ | MEBN | Apr 27 2023 20:34:11 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 519832983 | ^ | MEBN | Apr 27 2023 20:33:37 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519832984 | ##+ | Valley National Bank Loan Services, 747 Chestnut Ridge Road Suite 201, Chestnut Ridge, NY 10977-6225 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2023         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Justin M Gillman | on behalf of Debtor Wade Dyer ecf@gbclawgroup.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4