| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-11054 / MBK**

Wade Dyer

Petition Filed Date: 02/08/2023
341 Hearing Date: 03/09/2023
Confirmation Date: 04/12/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/10/2023 | $400.00 | | 04/10/2023 | $400.00 | | 05/10/2023 | $481.00 | |
| 06/12/2023 | $481.00 | | 07/11/2023 | $481.00 | | 08/14/2023 | $481.00 | |
| 09/12/2023 | $481.00 | | 10/11/2023 | $481.00 | | 11/13/2023 | $481.00 | |
| 12/11/2023 | $481.00 | | 01/10/2024 | $481.00 | | | | |

**Total Receipts for the Period:  $5,129.00    Amount Refunded to Debtor Since Filing:  $0.00  Total Receipts Since Filing: $5,129.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wade Dyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. <br>»» ORDER 6/15/23 | Attorney Fees | $2,239.50 | $2,239.50 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $885.57 | $0.00 | $885.57 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,637.88 | $0.00 | $5,637.88 |
| 3 | INTERNAL REVENUE SERVICE <br>»» 2015, 2018 | Unsecured Creditors | $1,551.06 | $0.00 | $1,551.06 |
| 4 | UPSTART NETWORK | Unsecured Creditors | $16,005.46 | $0.00 | $16,005.46 |
| 5 | MERRICK BANK | Unsecured Creditors | $1,533.00 | $0.00 | $1,533.00 |
| 6 | ONEMAIN FINANCIAL GROUP, LLC. | Unsecured Creditors | $593.31 | $0.00 | $593.31 |
| 7 | EXETER FINANCE LLC <br>»» 2011 CADILLAC CTS/DEF BAL | Unsecured Creditors | $5,714.96 | $0.00 | $5,714.96 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,167.79 | $0.00 | $1,167.79 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES <br>»» LENDINGCLUB CORP | Unsecured Creditors | $8,486.09 | $0.00 | $8,486.09 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $1,997.29 | $0.00 | $1,997.29 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $1,713.27 | $0.00 | $1,713.27 |
| 12 | LVNV FUNDING LLC <br>»» CAPITAL ONE | Unsecured Creditors | $739.34 | $0.00 | $739.34 |
| 13 | LVNV FUNDING LLC <br>»» CAPITAL ONE | Unsecured Creditors | $3,307.20 | $0.00 | $3,307.20 |
| 14 | LVNV FUNDING LLC <br>»» CAPITAL ONE | Unsecured Creditors | $614.68 | $0.00 | $614.68 |
| 15 | LVNV FUNDING LLC <br>»» CAPITAL ONE | Unsecured Creditors | $1,141.77 | $0.00 | $1,141.77 |

**Chapter 13 Case No. 23-11054 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LAKEVIEW LOAN SERVICING LLC<br>»»  NP/660 PINE ST/1ST MTG | Mortgage Arrears | $1,074.44 | $1,074.44 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERCURY MC | Unsecured Creditors | $2,273.87 | $0.00 | $2,273.87 |
| 18 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $1,607.85 | $0.00 | $1,607.85 |
| 19 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $1,297.45 | $0.00 | $1,297.45 |
| 20 | Pennsylvania Dept. of Revenue | Priority Creditors<br>Hold Funds: Per Plan | $568.00 | $0.00 | $568.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $1,459.97 | $0.00 | $1,459.97 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,129.00 | Plan Balance: | $23,569.00 ** |
| Paid to Claims: | $3,313.94 | Current Monthly Payment: | $481.00 |
| Paid to Trustee: | $390.43 | Arrearages: | $0.00 |
| Funds on Hand: | $1,424.63 | Total Plan Base: | $28,698.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.