Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

............District Of BYk `>YfgYm

In re  Wade Dyer                ,        Case No.  23-11054

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No.   6   (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on           3/25/2024          .

| ONEMAIN | Portfolio Recovery Associates, LLC |
|---|---|
| Name of Alleged Transferor | Name of Transferee |

Address of Alleged Transferor:
ONEMAIN
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

Address of Transferee:
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 3/25/2024

Jeanne A. Naughton
**CLERK OF THE COURT**