| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee<br>PO Box 4853<br>Trenton, NJ  08650-4853 | Albert Russo, Trustee<br>PO Box 933<br>Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-11054 / MBK**

Wade Dyer

Petition Filed Date: 02/08/2023
341 Hearing Date: 03/09/2023
Confirmation Date: 04/12/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2024 | $481.00 | | 02/12/2024 | $481.00 | | 03/11/2024 | $481.00 | |
| 04/10/2024 | $481.00 | | 05/10/2024 | $481.00 | | 06/10/2024 | $481.00 | |
| 07/11/2024 | $481.00 | | 08/12/2024 | $481.00 | | 09/16/2024 | $492.88 | |
| 10/10/2024 | $481.00 | | 11/12/2024 | $481.00 | | 12/10/2024 | $481.00 | |

**Total Receipts for the Period:  $5,783.88    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $10,912.88**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Wade Dyer | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ORDER 6/15/23 | Attorney Fees | $2,239.50 | $2,239.50 | $0.00 |
| 1 | DISCOVER BANK | Unsecured Creditors | $885.57 | $82.63 | $802.94 |
| 2 | DISCOVER BANK | Unsecured Creditors | $5,637.88 | $526.07 | $5,111.81 |
| 3 | INTERNAL REVENUE SERVICE<br>»» 2015, 2018 | Unsecured Creditors | $1,551.06 | $144.73 | $1,406.33 |
| 4 | UPSTART NETWORK | Unsecured Creditors | $16,005.46 | $1,493.46 | $14,512.00 |
| 5 | MERRICK BANK | Unsecured Creditors | $1,533.00 | $143.04 | $1,389.96 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» ONEMAIN | Unsecured Creditors | $593.31 | $55.36 | $537.95 |
| 7 | JEFFERSON CAPITAL SYSTEMS, LLC<br>»» 2011 CADILLAC CTS/DEF BAL/EXETER | Unsecured Creditors | $5,714.96 | $533.25 | $5,181.71 |
| 8 | AMERICAN EXPRESS | Unsecured Creditors | $1,167.79 | $108.97 | $1,058.82 |
| 9 | PORTFOLIO RECOVERY ASSOCIATES<br>»» LENDINGCLUB CORP | Unsecured Creditors | $8,486.09 | $791.83 | $7,694.26 |
| 10 | BANK OF AMERICA | Unsecured Creditors | $1,997.29 | $186.36 | $1,810.93 |
| 11 | BANK OF AMERICA | Unsecured Creditors | $1,713.27 | $159.86 | $1,553.41 |
| 12 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $739.34 | $68.99 | $670.35 |
| 13 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $3,307.20 | $308.59 | $2,998.61 |
| 14 | LVNV FUNDING LLC<br>»» CAPITAL ONE | Unsecured Creditors | $614.68 | $57.36 | $557.32 |

**Chapter 13 Case No. 23-11054 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»»  CAPITAL ONE | Unsecured Creditors | $1,141.77 | $106.54 | $1,035.23 |
| 16 | LAKEVIEW LOAN SERVICING LLC<br>»»  NP/660 PINE ST/1ST MTG | Mortgage Arrears | $1,074.44 | $1,074.44 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  MERCURY MC | Unsecured Creditors | $2,273.87 | $212.17 | $2,061.70 |
| 18 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $1,607.85 | $150.03 | $1,457.82 |
| 19 | LVNV FUNDING LLC<br>»»  CREDIT ONE BANK | Unsecured Creditors | $1,297.45 | $121.07 | $1,176.38 |
| 20 | Pennsylvania Dept. of Revenue | Priority Creditors<br>Hold Funds: Per Plan | $568.00 | $0.00 | $568.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  CITIBANK/HOME DEPOT | Unsecured Creditors | $1,459.97 | $136.22 | $1,323.75 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,912.88 | Plan Balance: | $17,785.12 ** |
| Paid to Claims: | $8,700.47 | Current Monthly Payment: | $481.00 |
| Paid to Trustee: | $764.17 | Arrearages: | ($11.88) |
| Funds on Hand: | $1,448.24 | Total Plan Base: | $28,698.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.